UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES and ALBERTA MIDDLESWORTH. | 1:09-CV-601 OWW BAK [SMS] |
| Plaintiffs, | JUDGMENT |
| v. | |
| OAKTREE COLLECTIONS, INC., | |
| Defendant. | |

In accordance with the November 3, 2009 Memorandum Decision and Order Re Application for Default Judgment, Doc. 19, JUDGEMENT IS ENTERED in favor of Plaintiff and against Defendant in the amount of $4,600.58, which includes $1000.00 in statutory damages, $3114.90 in attorney's, fees and $485.68 in costs.

SO ORDERED
DATED:   November 3, 2009

                                              /s/ Oliver W. Wanger
                                                Oliver W. Wanger
                                  United States District Judge